**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
MARIA V MELENDEZ obo
NICHOLAS ANTHONY REYES, DEC'D,

                Plaintiff,                             24 **CIVIL** 3168 (RFT)

    -v-                                                    **<u>JUDGMENT</u>**

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 12, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will be instructed to offer the Plaintiff the opportunity for a hearing and issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
            December 13, 2024

                                                             **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                                      **BY:** _____
                                                                 **Deputy Clerk**